## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JERRY LANE AKIN,**

**Defendant.**                                              **No. 15-30164-DRH**

### ORDER

**HERNDON, District Judge**:

    Now before the Court is defendant's motion to continue (Doc. 15). Defendant states that he needs more time for pretrial matters.  The government does not object to the motion.   The Court being fully advised finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial.   The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

    Therefore, the Court **GRANTS** defendant's motion (Doc. 15).  The Court **CONTINUES** the jury trial scheduled for May 23, 2016 to **June 13, 2016 at 9:00 a.m.**   The time from the date the original motion was filed, May 10, 2016, until the date to which the trial is rescheduled, June 13, 2016, is excludable time for the purposes of speedy trial.

1

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.10 15:32:57 -05'00'

**United States District Court**

2